# EXHIBIT B

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                               SUPERIOR COURT
                                                           C.A. NO. 2284CV02801

STEVEN C. FUSTOLO,                              )
    Plaintiff,                                   )
                                                )
                                                )
v.                                              )
                                                )
                                                )
SELECT PORTFOLIO SERVICING, INC. and            )
FEDERAL HOME LOAN MORTGAGE                      )
CORP. AS TRUSTEE OF SCRT 2019-2[1],             )
    Defendants.                                  )
                                                )

## NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

TO:    Suffolk County Superior Court    Joe Dye Culik
        Three Pemberton Square         Dye Culik PC
        Boston, MA  02108             1200 E. Morehead St., Suite 260
                                                           Charlotte, NC  28204

    PLEASE TAKE NOTICE that Defendants Select Portfolio Servicing, Inc. and Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2, have filed a Notice of Removal of the above-entitled matter in the office of the Clerk of the United States District Court for the District of Massachusetts, a copy of which is attached hereto as **Tab A**.

---

[1] The proper name of the Trust is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2.

Respectfully submitted,

**SELECT PORTFOLIO SERVICING, INC. and FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2019-2,**

By their attorneys,

/s/ Peter F. Carr, II
Peter F. Carr, II (BBO #600069)
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Two International Place, 16th Floor
Boston, MA  02110
Telephone: (617) 342-6800
Facsimile: (617) 342-6899
pcarr@eckertseamans.com

Dated:  January 6, 2023

## CERTIFICATE OF SERVICE

I hereby certify that, on January 6, 2023, I filed and served this document through the Massachusetts Odyssey File and Serve Electronic Filing System on all counsel of record who have entered an electronic service contact as identified in the Massachusetts Odyssey File and Serve and by mail or email upon all others.

/s/ Peter F. Carr, II
Peter F. Carr, II